# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMOS,<br><br>            Petitioner,<br><br>     v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>            Respondent. | NO. CV 13-7675-SJO (MAN)<br><br>JUDGMENT |

   Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

   November 7, 2013.

DATED: _____.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE